B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

In re  *GLOMETRO, INC.*  
    *a California Corporation*  

Case No.  
Chapter *11*

,
    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*Ronald Yip*<br>*c/o Judy Tsai, Esq*<br>*101 Metro Drive, Ste. 250*<br>*San Jose CA   95110* | Phone:<br>*Ronald Yip*<br>*National Metro, Ltd.*<br>*1121 Lincoln Way*<br>*San Francisco CA   94122* | | *Value:*<br>*Net Unsecured:*<br>*\*Prior Liens Exist* | $ 4,500,000.00<br>$ 8,940,000.00<br>$ 1,785,123.45 |
| 2<br>*B.A. R. Contractors, Inc.*<br>*c/o Robert S. Lawrence, Esq.*<br>*235 Pine St. #1300*<br>*San Francisco CA   94104* | Phone:<br>*B.A. R. Contractors, Inc.*<br>*c/o Robert S. Lawrence, Esq.*<br>*235 Pine St. #1300*<br>*San Francisco CA   94104* | | | $ 735,000.00 |
| 3<br>*H & N (Haas & Najarian)*<br>*58 Maiden Lane, 2nd Flor*<br>*San Francisco, CA 94108* | Phone:<br>*H & N (Haas & Najarian)* | | | $ 402,285.90 |
| 4<br>*Thomas Reeves & Assoc., Inc.*<br>*2440 Mariposa Street*<br>*San Francisco CA   94110* | Phone:<br>*TR & A* | | | $ 115,552.05 |
| 5<br>*Dan Reidy*<br>*Law offices of Daniel F. Reidy*<br>*3701 Sacramento St, # 386*<br>*San Francisco CA   94124* | Phone:<br>*Dan Reidy* | | | $ 93,472.40 |

Page 1

B4 (Official Form 4) (12/07)

_____ ,
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Shatara Architecture<br>533 Second Street<br>San Francisco CA   94107 | Phone:<br>Shatara Architecture | | | $ 80,228.34 |
| 7<br>Centrix Buildders, Inc.<br>160 S. Linden Ave., Ste. 100<br>S. San Francisco CA   94080 | Phone:<br>Centrix Buildders, Inc.<br>160 S. Linden Ave., Ste. 100<br>S. San Francisco CA   94080 | | | $ 27,503.93 |
| 8<br>Holmes Culley<br>130 Sutter Street, Ste. 400<br>San Francisco CA   94104 | Phone:<br>Holmes Cullay | | | $ 14,841.25 |
| 9<br>M.K. Engineering, Inc.<br>3450 3rd Street, Ste 4B<br>San Francisco CA   94124 | Phone:<br>AK Engineering, Inc. | | | $ 3,000.00 |
| 10<br>Fog City Storage<br>157 Westgate Drive<br>San Francisco CA   94127 | Phone:<br>Fog City Storage<br>157 Westgate Drive<br>San Francisco CA   94127 | | | $ 1,068.00 |
| 11<br>Santos & Urrutia, Inc.<br>2451 Harrison Street<br>San Francisco CA   94110 | Phone:<br>Santos & Urrutia, Inc.<br>2451 Harrison Street<br>San Francisco CA   94110 | | | $ 1,050.00 |
| 12<br>Expertise Office Installation Repair and Moving<br>P.O. Box 5706<br>S. San Francisco CA   94080 | Phone:<br>Expertise Office Installation Repair and Moving<br>P.O. Box 5706<br>S. San Francisco CA   94080 | | | $ 750.00 |
| 13<br>Page & Turnbull<br>1000 Sansome St., Ste 200<br>San Francisco CA   94111 | Phone:<br>Page & Turnbull<br>1000 Sansome St., Ste 200<br>San Francisco CA   94111 | | | $ 350.00 |

B4 (Official Form 4) (12/07)

_____ ,
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>East West Bank<br>c/o TD Service Co.<br>P.O. Box 11988<br>Santa Ana CA  92711-1988 | Phone:<br>East West Bank<br>c/o TD Service Co.<br>P.O. Box 11988<br>Santa Ana CA  92711-1988 | *For NOTICE ONLY* | | $ 0.00<br>*Value:* $ 8,940,000.00<br>Net Unsecured: $ 0.00<br>*Prior Liens Exist* |
| 15<br>B.A. R. Builders<br>c/o Andrew H. Pontious, Esq.<br>235 Pine St. #1300<br>San Francisco CA  94104 | Phone:<br>B.A. R. Builders<br>c/o Andrew H. Pontious, Esq.<br>235 Pine St. #1300<br>San Francisco CA  94104 | NOTICE ONLY | | $ 0.00 |
| 16<br>East West Bank<br>9300 Flair Dr.<br>El Monte CA  91731 | Phone:<br>East West Bank<br>9300 Flair Dr.<br>El Monte CA  91731 | | | $ 6,225,123.45<br>Value: $ 8,940,000.00<br>Net Unsecured: $ 0.00 |
| 17<br>Liberty Asset Mgmt. Corp.<br>3218 E. Holt Ave.<br>West Covina CA  91791 | Phone:<br>Liberty Asset Mgmt. Corp.<br>3218 E. Holt Ave.<br>West Covina CA  91791 | *For NOTICE ONLY* | | $ 0.00<br>*Value:* $ 8,940,000.00<br>Net Unsecured: $ 0.00<br>*Prior Liens Exist* |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, **Nancy Ho Belli**, **President** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.


Date: **2/5/2010**    Signature **/s/ Nancy Ho Belli**
                      Name: **Nancy Ho Belli**
                      Title: **President**

Case: 10-30380    Doc# 2    Filed: 02/05/10    Entered: 02/05/10 10:07:44    Page 3 of 3