HENRY LERNER (BAR NO. 077166)
WILLIAM W. HUCKINS (BAR NO. 201098)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail: hlerner@allenmatkins.com
        whuckins@allenmatkins.com

Attorneys for Secured Creditor
LIBERTY ASSET MANAGEMENT CORPORATION

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 10-30380 DM |
| GLOMETRO, INC., | Chapter 11 |
| Debtor. | R.S. No.: 001 |
| Taxpayer's Identification No. 94-3265040 | **MOTION FOR RELIEF FROM THE AUTOMATIC STAY [11 U.S.C. 362(d)(3)]** |
| | PRELIMINARY HEARING |
| | Date: June 3, 2010<br>Time: 9:30 a.m.<br>Place: Courtroom 22<br>235 Pine Street<br>San Francisco, California<br>Judge: Hon. Dennis J. Montali |

Secured creditor Liberty Asset Management Corporation ("LAMC" or "Secured Creditor") moves the Court for relief from the automatic stay to permit LAMC to take any and all actions as may be necessary or appropriate to enforce LAMC's rights and remedies under its loan documents and applicable nonbankruptcy law against Debtor Glometro, Inc. ("Debtor") and Debtor's commercial real property located at 722-728 Montgomery Street, San Francisco, California, and any related personal property collateral ("Property"), including foreclosure of LAMC's first priority deed of trust ("LAMC Deed of Trust") against the Property.  The Property consists of a

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

781439.03/SF
MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. § 362(d)(3)

Case: 10-30380    Doc# 32    Filed: 05/19/10    Entered: 05/19/10 13:22:17    Page 1 of 3

partially constructed historic renovation project for a three-story mixed use condominium-retail development. The Property is also commonly known as the "Belli Building."

In connection with the enforcement of such state law rights and remedies, this Motion also specifically seeks relief from stay (A) to permit all interested parties to resume the conduct of that certain pre-petition action entitled *Liberty Asset Management Corporation, Plaintiff, vs. Glometro, Inc, et al, Defendants*, filed on December 29, 2009 in the Superior Court of the State of California, City and County of San Francisco, Case No. CGC-09-495619, to obtain, *inter alia*, the appointment of a receiver for the Property, and (B) to permit any receiver appointed by the Superior Court to take possession and control of the Property free any restraint by reason of the automatic stay.

This motion is made under Bankruptcy Code § 362(d)(3) on the ground that this is a single asset real estate case in which Debtor has not, within 90 days following the petition date, either commenced making payments to Secured Creditor at the non-default interest rate or filed a plan of reorganization.

This Motion is based on the accompanying Relief from Stay Cover Sheet, Notice of Hearing, Memorandum of Points and Authorities, Declaration of Fely Fernandez-Kwan, Declaration of Anne Cho, Declaration of Katheryn Jarvis Coggon and Declaration of Henry Lerner, served and filed concurrently herewith, on the pleadings, record and files in this case, and on such other matters and argument as may be presented at the hearing of the Motion.

LAMC requests that the Court grant the Motion, and enter an order granting LAMC relief from the automatic stay as set forth herein, and such other and further relief as the Court deems just and proper.

LAMC further requests that the 10-day stay prescribed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure be waived, and that this Court's order granting relief from stay be immediately binding and effective.

LAMC reserves the right to seek relief from stay under Bankruptcy Code §§ 362(d)(1) and 362(d)(2).

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

781499.03/SF

-2-
MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. § 362(d)(3)

Case: 10-30380    Doc# 32    Filed: 05/19/10    Entered: 05/19/10 13:22:17    Page 2 of 3

| | | |
|---|---|---|
| 1 | Dated: May 18, 2010 | ALLEN MATKINS LECK GAMBLE<br>MALLORY & NATSIS LLP |
| 2 | | |
| 3 | | By: */s/ Henry Lerner* |
| 4 | | HENRY LERNER<br>Attorneys for Secured Creditor |
| 5 | | LIBERTY ASSET MANAGEMENT<br>CORPORATION |