ROBERT T. KAWAMOTO, ESQ.
Law Office of Robert T. Kawamoto
234 Van Ness Avenue
San Francisco, CA 94102
(415) 487-9790
State Bar ID No. 78820

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

GLOMETRO, INC

_____ Debtor. /

Case No. 10-30380
Chapter 11
SUPPLEMENTAL CERTIFICATE OF SERVICE BY MAIL

Date: June 25, 2010
Time: 10:00 a.m.
Location: US Bankruptcy Court, Crtrm. 22
235 Pine Street, San Francisco, CA 94101
Judge: Dennis Montali

I declare as follows:

I am over the age of eighteen years, and not a party to this action and my office address is 234 Van Ness Avenue, San Francisco, California 94102.

On May 28, 2010 I served a copy of the following:

1. MOTION OF DEBTOR IN POSSESSION FOR ORDER AUTHORIZING SALE OF REAL ESTATE FREE AND CLEAR OF ALL INTERESTS AND LIENS
2. NOTICE OF HEARING ON MOTION OF DEBTOR IN POSSESSION FOR ORDER AUTHORIZING SALE OF REAL ESTATE FREE AND CLEAR OF ALL INTERESTS LIENS
3. MEMORANDUM IN SUPPORT OF SALE OF REAL ESTATE , FREE AND CLEAR OF LIENS
4. CERTIFICATE OF SERVICE BY MAIL

by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, for deposit in the United States Postal Service addressed:

Ronald Yip
National Metro, Ltd.
c/o Judy Tsai Esq
101 Metro Drive Ste 250
San Jose CA 95110

I am readily familiar with the firm's practice of collection and processing correspondence/documents for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party or parties served that service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of depositing for mailing.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed at San Francisco, California, on <u>May 28, 2010</u>

        /s/ Steve Kolkey
        Steve Kolkey