

1 ROBERT T. KAWAMOTO, ESQ.
Law Offices of Robert T. Kawamoto
2 234 Van Ness Avenue
San Francisco, CA 94102
3 Telephone: (415) 487-9790
Calif. Bar No. 78820
4
Attorney for debtor
5

Signed and Filed: June 04, 2010

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

6 NOTE: THE COURT HAS MADE CHANGES TO THE ORDER THAT WAS SUBMITTED

8 UNITED STATES BANKRUPTCY COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 GLOMETRO, INC.                    Case No. 10-30380
                                     (Chapter 11)
11                                   ORDER AUTHORIZING EMPLOYMENT
                                     OF REAL ESTATE AGENT
12         Debtor.
                                  /
13

14     Upon the First Amended Application of the debtor, GLOMETRO, INC. filed on

15 May 17, 2010, and good cause being shown therefor,

16     IT IS ORDERED THAT the debtor is authorized to employ Mahnaz Khazen for

17 the purposes set forth in the debtor's First Amended Application, is approved.

19                          **END OF ORDER**

20
   BROKER MAY NOT REPRESENT BUYER IN CONNECTION WITH THE LISTING AUTHORIZED BY THIS
21 ORDER.  SEE 11 U.S.C. § 327(a).