RAZI A. SHAH (CSBN: 181968)
Attorney at Law
2140 Shattuck Avenue, Suite 411
Berkeley, California 94704
Telephone:   510-486-1190
Fax:   510-486-1339
E-Mail:   razishah@sbcglobal.net

Attorney for the Debtor in Possession GLOMETRO, INC., and
NANCY HO. BELLI, President and Sole Owner of GLOMETRO, INC.,

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | CASE NO:    10-30380 DM |
| GLOMETRO, INC., | Chapter 11 |
| Debtor. | R.S. NO.:    001 |
| Taxpayer's Identification No. 94-3265040 | |
| | **NOTICE OF APPEAL** |
| / | |

## NOTICE OF APPEAL

Appellant GLOMETRO, INC., and NANCY HO. BELLI, President and Sole Owner of GLOMETRO, INC., through their designated counsel RAZI A. SHAH, Esq., appeal, under 28U.S.C. §§ 158(a) or (b) from "Order Granting Relief From The Automatic Stay To Foreclose on Real And Personal Property" of the United States Bankruptcy Court for the Northern District of California, San Francisco Division, entered in the above entitled Chapter 11 Case on June 29, 2010. A true and correct copy of the Order is attached as Exhibit-A.

**NOTICE OF APPEAL**            1.1

The parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

1. GLOMETRO, INC.,
   Razi A. Shah, Esq.,
   Attorney at Law
   2140 - Shattuck Avenue, Suite 411
   Berkeley, California 94704
   Telephone: 510-486-1190

2. GLOMETRO, INC.,
   Robert T. Kawamoto, Esquire
   Attorney at Law
   234 - Van Ness Avenue
   San Francisco, California 94102
   Telephone: 415-487-9790

3. Liberty Asset Management
   Henry Lerner, Esquire
   Allen Matkins Leck Gamble Mallory & Natsis LLP
   3 - Embarcadero Center, 12th Floor
   San Francisco, California 94111 - 4074
   Telephone: 415-837-1515

4. Office of The United States Trustee
   Attention: Minnie Loo
   235 - Pine Street, 7th Floor
   San Francisco, California 94104-3484
   Telephone: unknown at this time.

5. Homes Culley, Inc.,
   Mark C. Russell, Esquire
   Gordon & Rees, LLP
   275 - Battery Street, Suite 2000
   San Francisco, California 94111
   Telephone: unknown at this time.

6. B.A.R. Contractors, Inc., D/B/A B.A.R. Builders
   Robert S. Lawrence, Esquire
   Collette, Erickson, Farmer & O'Neill, LLP
   235 - Pine Street, Suite 1300
   San Francisco, California 94104
   Telephone: 415-788-4646

7. East West bank, East West Investments, Inc., and Liberty Asset Management Corporation
   Sharon Z. Weiss, Esquire
   Holmes Roberts & Owen LLP
   800 - West Olympic Blvd, 4th Floor
   Los Angeles, California 90015
   Telephone: unknown at this time.

**NOTICE OF APPEAL** 1.2

////

8.   National Metro, Ltd.,
     Judy Tsai, Esq.,
     Law office Of Judy Tsai
     101 Metro Drive, Suite 250
     San Jose, California 95110
     Telephone: unknown at this time.

If a Bankruptcy Appellate panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by a District Court. The Appellant may exercise this right only by filling a separate statement of election at the time of filing of this Notice Of Appeal. Any other party may elect, within the time provided in 28 U.S.C.§ 1589© to have the appeal heard by the District Court.

DATED:   July 7, 2010

/S/ NANCY HO. BELLI
_____
NANCY HO. BELLI, President and Sole Owner
of GLOMETRO, INC., Debtor in Possession.

DATED:   July 7, 2010

/S/ RAZI A. SHAH
_____
RAZI A. SHAH, Attorney for GLOMETRO, INC
Debtor in Possession and NANCY HO. BELLI,
President and Sole Owner of GLOMETRO, INC.

**NOTICE OF APPEAL**                                    1.3

Case: 10-30380   Doc# 69   Filed: 07/07/10   Entered: 07/07/10 11:55:23   Page 3 of 8

# EXHIBIT - A



Entered on Docket
June 30, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: June 29, 2010

_____
DENNIS MONTALI
U.S. Bankruptcy Judge
_____

HENRY LERNER (BAR NO. 077166)
WILLIAM W. HUCKINS (BAR NO. 201098)
ALLEN MATKINS LECK GAMBLE
 MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: hlerner@allenmatkins.com
 whuckins@allenmatkins.com

Attorneys for Secured Creditor
LIBERTY ASSET MANAGEMENT CORPORATION

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>GLOMETRO, INC.,<br><br>    Debtor.<br><br>Taxpayer's Identification No. 94-3265040 | Case No. 10-30380 DM<br><br>Chapter 11<br><br>R.S. No.: 001<br><br>**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO FORECLOSE ON REAL AND PERSONAL PROPERTY**<br><br>Date: June 25, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 22<br>       235 Pine Street<br>       San Francisco, California<br>Judge: Hon. Dennis J. Montali |

    The motion of secured creditor Liberty Asset Management Corporation ("Liberty" or "Secured Creditor") for relief from the automatic stay in the above-entitled matter ("Motion") came on for further hearing on June 25, 2010, at 10:00 a.m., before the Honorable Dennis J. Montali, United States Bankruptcy Judge. Appearances of counsel were as noted in the record.

    The Court, having considered the Motion and the papers filed in support thereof and in opposition thereto, and the arguments and comments of counsel in support of and in opposition to the Motion, and good cause appearing therefore:

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

781109.01/SF
ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Case: 10-30380   Doc# 60   Filed: 06/30/10   Entered: 06/30/10 08:58:23   Page 5 of 8

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. The notice of the Motion is fair and adequate under the circumstances pursuant to Federal Rule of Bankruptcy Procedure 4001;

2. The Motion of Secured Creditor is GRANTED;

3. The automatic stay imposed under Bankruptcy Code § 362(a) is terminated and extinguished as to Secured Creditor, so as to permit Secured Creditor to take any and all actions as may be necessary or appropriate to enforce Secured Creditor's rights and remedies under its loan documents and applicable non-bankruptcy law against that certain commercial real property of Debtor Glometro, Inc. located at 722-728 Montgomery Street, San Francisco, California 94111 and any related personal property ("Property") secured by its first priority deed of trust against the Property ("Deed of Trust"). Secured Creditor may proceed with a trustee's sale of the Property as noticed pursuant to this Court's Order Modifying Automatic Stay to Permit Notice of Trustee's Sale, etc., Docket #54, entered June 17, 2010, and the purchaser at such trustee's sale or other subsequent owner of the Property may commence any action needed to obtain possession of the Property, including an unlawful detainer action.

4. The 14-day stay prescribed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived and this Order shall be immediately binding and effective; and

5. This Order shall be binding upon all successors and assigns of the Debtor, including any subsequently appointed Chapter 11 or Chapter 7 trustee for the Debtor.

** END OF ORDER **

## COURT SERVICE LIST

| | |
|---|---|
| Mark C. Russell, Esq.<br>Gordon & Rees, LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | **Attorneys for Holmes Culley, Inc.** |
| Robert S. Lawrence, Esq.<br>Andrew Pontius, Esq.<br>Collette, Erickson, Farmer & O'Neill, LLP<br>235 Pine Street, Suite 1300<br>San Francisco, CA 94104 | **Attorneys for B.A.R. Contractors, Inc., D/B/A B.A.R. Builders** |
| Sharon Z. Weiss, Esq.<br>Holme Roberts & Owen LLP<br>800 West Olympic Blvd., 4th Floor<br>Los Angeles, CA 90015 | **Attorneys for East West Bank, East West Investments, Inc., and Liberty Asset Management Corporation** |

# Notice Recipients

| District/Off: 0971−3 | User: mwalker | Date Created: 6/30/2010 |
|---|---|---|
| Case: 10−30380 | Form ID: pdfeoc | Total: 3 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| aty | Sharon Z. Weiss | Holme Roberts and Owen LLP | 800 W Olympic Blvd 4th Fl | Los Angeles, CA 90015 |
| | Mark C. Russell Esq. | Gordon &Rees LLP | 275 Battery Street Ste. 2000 | San Francisco, CA 94111 |
| | Robert S. Lawrence Esq. | Andrew Pontius Esq. | Collette Erickson Farmer &O'Neill LLP | 235 Pine Street, Ste. 1300  San Francisco, CA 94104 |

TOTAL: 3