1  RAZI A. SHAH (CSBN: 181968)
   Attorney at Law
2  2140 Shattuck Avenue, Suite 411
   Berkeley, California 94704
3  Telephone:    510-486-1190
   Fax:          510-486-1339
4  E-Mail:       razishah@sbcglobal.net

5  Attorney for the Debtor Kabul Singh, Favida Singh, DBA Maple Import Export Enterprises

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| In Re: | CASE NO:   10-35875 - A - 7 |
| KABUL SINGH, FAVIDA SINGH, dab MAPLE IMPORT EXPORT ENTERPRISES | Chapter 7 |
| Debtors. | **MOTION TO COMPEL CHAPTER - 7 TRUSTEE TO ABANDON BUSINESS** |
| _____/ | Date:        August 23, 2010<br>Time:        09.00 AM<br>Department:  A<br>Judge:       Michael S. McManus |

### DEBTOR'S MOTION TO COMPEL

### CHAPTER 7 TRUSTEE TO ABANDON BUSINESS

1. The Debtors KABUL SINGH, and FAVIDA SINGH, dab MAPLE IMPORT EXPORT ENTERPRISES (Business), filed the above referenced Bankruptcy Case on June 18, 2010.

2. The first date set for the Creditors Meeting under Section 341, was on July 27, 2010, at 02.00 pm, at 501 - I Street, Sacramento, California 95814. Debtors KABUL SINGH, and FAVIDA SINGH, husband and wife, appeared at the creditors meeting.

MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON BUSINESS      1.1

Case: 10-30380    Doc# 88    Filed: 08/15/10    Entered: 08/15/10 16:53:00    Page 1 of 2

3. The trustee declined to complete the meeting on the above referenced date, stating that Motion To Compel The Chapter 7 Trustee To Abandon the Business was not filed.

4. Debtors are husband and wife, are self employed and the Business is a sole proprietorship and husband and wife are the sole owners of the Business.

5. As shown in the filed petition and schedules, including all amendments, the Business has no market value. Business is a consignment business.

6. The conduct of the Business merely provides reasonable income to the Debtors.

7. In Schedule B, Debtors have listed all business assets that were owned on the date of the petition. Schedule B is provided as Exhibit - A, with the Debtor Kabul Singh declaration.

8. In Schedule C, Debtors have made a claim of exemption for the business assets. Schedule C is provided as Exhibit - B, with Debtor Kabul Singh declaration. .

9. Debtors are requesting the Court to Compel the Chapter 7 Trustee to Abandon their Business assets from the estate because they are of no consequence or burdensome to the bankruptcy estate.

WHEREFORE the Debtors pray that the Trustee be directed to Abandon the Business, which is subject of this application, and that the debtors have such other and further relief as is just.

Date: July 30, 2010

/S/ Razi A. Shah
_____
Razi A. Shah, Attorney for the Debtors
Kabul Singh, and Favida Singh,
DBA Maple Import Export Enterprises

MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON BUSINESS    1.2